JACOB BRILLIS *et al.*, PLAINTIFF IN ERROR, VS. ISADORE BLU-
MENTHAL, DEFENDANT IN ERROR.

The Circuit Court has by the Constitution final appellate jurisdiction in all civil cases arising in the County Court, in which the amount in controversy is $100 and upwards; and a writ of error to the Circuit Court brought for the purpose of bringing the judgment of that Court affirm-

ing the judgment of the County Court in the case specified before the Supreme Court for review, is unauthorized, and must be dismissed for want of jurisdiction.

Error to the Circuit Court for Nassau County.

The defendant in error moved to dismiss the writ of error for want of jurisdiction.

*C. P. Cooper* for the motion.

*Finley* and *Dawkins contra.*

RANDALL, C. J., delivered the opinion of the court.

This cause originated in the county court of Nassau county. An action of assumpsit was commenced by writ of attachment by the defendant in error against J. W. Peacock. The sheriff attached a bale of cotton as the property of the defendant, Peacock, and the plaintiffs in error interposed a claim of property in the cotton under the statute. Upon the trial of this claim a verdict was rendered against the plaintiffs in error, and judgment entered thereon, from which they appealed to the Circuit Court, where the judgment of the county court was affirmed. They now seek to bring the cause before this court by a writ of error, which has been served and to which a return has been filed.

The defendant in error moves to dismiss the writ of error.

The Constitution, article VI, sec. 8, gives to the Circuit Court "*final* appellate jurisdiction in all civil causes arising in the county court in which the amount in controversy is one hundred dollars and upwards." The judgment in the attachment suit was nearly three hundred dollars, but the value of the cotton levied upon and claimed is not stated.

We consider that the case presented in the record is one in which the judgment of the Circuit Court is final, and that this court has no jurisdiction of the cause. For this reason the writ of error is dismissed.